**ANDREW K. GORDON (SBN 99714)**
Email: agordon@duanemorris.com
**DUANE MORRIS** LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Attorneys for Plaintiff and Counter-
Defendant Cornerstone Industries Corp.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORNERSTONE INDUSTRIES CORP.,** | **Case No.: 1:06 CV-00608-OWW-SMS** |
| Plaintiff, | **STIPULATION AND ORDER REGARDING THE EXTENSION OF CERTAIN DEADLINES IN THE SCHEDULING ORDER** |
| v. | |
| **BYRON COOPER, IRONCLAD INDUSTRIES, INC. dba IRONCLAD INDUSTRIAL COATINGS, and DOES 1 through 20, Inclusive,** | |
| Defendants. | |
| **BYRON COOPER, IRONCLAD INDUSTRIES, INC. dba IRONCLAD INDUSTRIAL COATINGS, and DOES 1 through 20, Inclusive,** | |
| Counter-Claimants, | |
| v. | |
| **CORNERSTONE INDUSTRIES CORP.,** | |
| Counter-Defendant. | |

## **STIPULATION**

WHEREAS the Court's Scheduling Conference Order dated October 11, 2006 sets forth certain deadlines in this matter between Plaintiff Cornerstone Industries Corp. and counter-defendant Dan Hess (collectively "Plaintiff") and Defendants Byron Cooper and Ironclad Industries, Inc. dba Ironclad Industrial Coating (collectively "Defendants") (Plaintiff and Defendants shall be referred to

herein as "Parties");

WHEREAS the Parties agreed to extend the January 2, 2007 deadline to amend the pleadings, to file any Rule 15 motions to join additional claims, parties or otherwise amend the pleadings to February 28, 2007;

WHEREAS the Parties agreed to extend the February 6, 2007 deadline for the disclosure of expert witnesses to March 6, 2007;

WHEREAS the Parties also agreed to extend the March 6, 2007 deadline to disclose supplemental experts to March 27, 2007;

PURSUANT TO EASTERN DISTRICT RULES 6-144(a) and 83-143(b), THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

The Parties may amend the pleadings, file any Rule 15 motions to join additional claims, parties or otherwise amend the pleadings no later than February 28, 2007.

The Parties may disclose expert witnesses no later than March 6, 2007.

The Parties may disclose supplemental experts no later than March 27, 2007.

Dated: February 7, 2007       By:  /s/ Andrew K. Gordon
                                   Andrew K. Gordon
                                   Duane Morris LLP
                                   Attorneys for Plaintiff
                                   Cornerstone Industries Corp.

Dated: February 7, 2007       By:  /s/ Richard A. Belardinelli
                                   Richard A. Belardinelli
                                   Georgeson and Belardinelli
                                   Attorneys for Defendants
                                   Byron Cooper and Ironclad Industries, Inc.

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 2/9/07                      /s/ Oliver W. Wanger
                                   United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com