ANDREW K. GORDON (SBN 99714)
E-mail: agordon@duanemorris.com
ALLEGRA A. JONES (SBN 236518)
E-mail: aajones@duanemorris.com
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

WILLIAM J. COOPER, JR.
(Admitted *Pro Hac Vice*)
E-mail: wcooper@ackersonlegal.com
**ACKERSON & YANN, PLLC**
One Riverfront Plaza, Suite 1200
401 West Main Street
Louisville, KY 40202
Telephone: 502.583.7400
Facsimile: 502.589.4168

DAVID L. SWIDER (Admitted *Pro Hac Vice*)
E-mail: dswider@boselaw.com
SANDRA PERRY (Admitted *Pro Hac Vice*)
E-mail: sperry@boselaw.com
**BOSE MCKINNEY & EVANS, LLP**
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN 46204
Telephone:  317.684.5000
Facsimile:  317.684.5173

Attorneys for Plaintiff and Counter-Defendant
Cornerstone Industries Corporation and
Counter-Defendant Dan Hess

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORNERSTONE INDUSTRIES CORP.,** | **Case No.: 1:06 CV-00608-OWW-SMS** |
| **Plaintiff,** | **ORDER GRANTING CORNERSTONE INDUSTRIES CORPORATION'S MOTION TO AMEND THE COMPLAINT [31], [32]** |
| v. | |
| **BYRON COOPER, IRONCLAD INDUSTRIES, INC. dba IRONCLAD INDUSTRIAL COATINGS, and DOES 1 through 20, Inclusive,** | ***VACATING SETTLEMENT CONFERENCE HEARING DATE:** |
| **Defendants.** | **MAY 1, 2007 AT 2:00PM BEFORE JUDGE SNYDER** |

DM1\1087988.1 R0972-00001

**BYRON COOPER, IRONCLAD INDUSTRIES, INC. dba IRONCLAD INDUSTRIAL COATINGS, and DOES 1 through 20, Inclusive,**

　　　　　　　**Counter-Claimants,**

v.

**CORNERSTONE INDUSTRIES CORPORATION,**

　　　　　　　**Counter-Defendant.**

On April 6, 2007 this Court heard Plaintiff Cornerstone Industries Corporation's ("Cornerstone") Motion for Leave to File an Amended Complaint ("Motion").  Andrew K. Gordon telephonically appeared for plaintiff Cornerstone and C. Russell Georgeson appeared for the defendant Byron Cooper ("B. Cooper") and Ironclad Industries, Inc. ("Ironclad").  After considering all of the submissions filed in connection with this motion (Doc. Nos. 31, 32, 33, 38, and 40) and oral argument by counsel, this Court orders as follows:

　　1.　　The Motion is granted and the first amended complaint must be filed no later than April 13, 2007.  Tamara Cooper, the newly named defendant, must file her response to the first amended complaint no later than April 27, 2007.

　　2.　　In addition, the following pre-trial deadlines will apply to Tamara Cooper:

April 30, 2007 - final date to designate expert witnesses relating solely to Ms. Cooper;

May 18, 2007 - discovery cut-off date for all discovery relating solely to Ms. Cooper;

May 18, 2007 - filing deadline for all non-dispositive motions relating solely to Ms. Cooper; and

May 25, 2007 - filing deadline for all dispositive motions relating solely to Ms. Cooper.

　　3.　　The previously established pre-trial and discovery deadlines, as set forth in the October 11, 2006 Scheduling Conference Order, and as amended pursuant to February 20, 2007 Stipulation and Order Regarding the Extension of Certain Deadlines in Scheduling Order (Stipulation and Order), shall apply to all discovery and designations pertaining to Cornerstone, B. Cooper and Ironclad.

PDF created with pdfFactory trial version www.pdffactory.com

4. The following pre-trial and trial deadlines apply to all parties, including the newly named defendant, Tamara Cooper:

May 1, 2007 - 2:00 p.m.. Settlement Conference before Judge Sandra M. Snyder; *

July 6, 2007 - last day to file joint pre-trial statement;

July 16, 2007 - pre-trial conference before Judge Oliver W. Wanger; and

August 21, 2007 - 9:00 a.m. jury trial before Judge Oliver W. Wanger.

IT IS SO ORDERED:

**\*Settlement Conference Hearing is OFF calendar, case has SETTLED and parties working on final documents.**

DATED: 4/27/2007

   /s/ Sandra M. Snyder
Judge Sandra M. Snyder

Approved as to Form:

/s/ C. Russell Georgeson
Attorneys for Defendants and Counter-Claimants Byron Cooper and Ironclad Industries, Inc.

PDF created with pdfFactory trial version www.pdffactory.com