ANDREW K. GORDON (SBN 99714)
E-mail: agordon@duanemorris.com
ALLEGRA A. JONES (SBN 236518)
E-mail: aajones@duanemorris.com
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

WILLIAM J. COOPER, JR.
(Admitted *Pro Hac Vice*)
E-mail: wcooper@ackersonlegal.com
**ACKERSON & YANN, PLLC**
One Riverfront Plaza, Suite 1200
401 West Main Street
Louisville, KY 40202
Telephone: 502.583.7400
Facsimile: 502.589.4168

DAVID L. SWIDER (Admitted *Pro Hac Vice*)
E-mail: dswider@boselaw.com
SANDRA PERRY (Admitted *Pro Hac Vice*)
E-mail: sperry@boselaw.com
**BOSE MCKINNEY & EVANS, LLP**
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN 46204
Telephone: 317.684.5000
Facsimile: 317.684.5173

Attorneys for Plaintiff and Counter-Defendant
Cornerstone Industries Corporation and Counter-Defendant Dan Hess

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORNERSTONE INDUSTRIES CORP.,**<br><br>Plaintiff,<br><br>v.<br><br>**BYRON COOPER, IRONCLAD INDUSTRIES, INC. dba IRONCLAD INDUSTRIAL COATINGS, and DOES 1 through 20, Inclusive,**<br><br>Defendants.<br><br>**BYRON COOPER, IRONCLAD INDUSTRIES, INC. dba IRONCLAD INDUSTRIAL COATINGS, and DOES 1 through 20, Inclusive,**<br><br>Counter-Claimants,<br><br>v.<br><br>**CORNERSTONE INDUSTRIES CORP.,**<br><br>Counter-Defendant. | **Case No.: 1:06 CV-00608-OWW-SMS**<br><br>**PLAINTIFF CORNERSTONE INDUSTRIES CORPORATION'S REQUEST FOR ADDITIONAL TIME TO FILE SETTLEMENT DISPOSITIONAL DOCUMENTS AND ORDER** |

PDF created with pdfFactory trial version www.pdffactory.com

In April 2007 the parties reached a settlement in principle and thereafter plaintiffs notified the Court of this settlement.

On May 1, 2007, this court filed an Order Re Dispositive Documents after Notice of Settlement (Document #47) which required the filing of such dispositive documents by May 21, 2007. The parties understand that the dispositive documents required to be filed include a Notice of Settlement attaching the settlement agreement and also a stipulation and proposed order requesting dismissal with prejudice of the action.

For reasons set forth below, Plaintiff Cornerstone Industries Corporation ("Cornerstone") respectfully requests an additional 30 days, to and including June 20, 2007, in which to file the Notice of Settlement and the settlement agreement and an extension until August 30, 2007 in which to file the stipulation and proposed order.

Cornerstone requests additional time to file the Notice of Settlement because the settlement agreement has not yet been finalized or signed despite the due diligence of the parties. On April 24 Cornerstone submitted the initial draft of the agreement to defendants. On May 2 they responded with objections to some of the provisions. On May 8 Cornerstone submitted a revised draft to the defendants and on May 16 defendants' counsel responded by letter, which was received by Cornerstone's counsel on May 21, that the revised settlement agreement and promissory note were satisfactory to him but he needed to submit the documents to his clients for their review and approval. Accordingly, defendants' counsel has not yet obtained the approval from his clients as to the revised agreement and to the promissory note, which is an integral part of the agreement. Cornerstone's counsel anticipates that these documents should be approved and signed within the next few weeks and therefore requests an additional 30 days, or until June 20, for these documents to be signed.

The settlement agreement contemplates payment of the settlement money in August 2007 and a dismissal of the complaint within 14 days thereafter. Accordingly, since the consideration for the settlement will not be paid until August, Cornerstone requests an additional amount of time, to and including August 30, 2007, in which to file a stipulation and proposed order for dismissal with prejudice.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

Dated: May 24, 2007       By:   /s/ Andrew K. Gordon
                                Andrew K. Gordon
                                Duane Morris LLP
                                Attorneys for Plaintiff and Counter-Defendant
                                Cornerstone Industries Corporation and Counter-
                                Defendant Dan Hess

## ORDER

For good cause contained in the Request for Additional Time to File Settlement Dispositional Documents, the Court orders as follows:

1. The parties shall have an extension to and including June 20, 2007 in which to submit their Notice of Settlement and the settlement agreement.

2. The parties shall have an extension to and including August 30, 2007 in which to submit a stipulation and proposed order for dismissal of this action with prejudice.

IT IS SO ORDERED:

DATED:  5/24/2007

/s/ Sandra M. Snyder

Sandra M. Snyder
United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com