ANDREW K. GORDON (SBN 99714)
E-mail: agordon@duanemorris.com
ALLEGRA A. JONES (SBN 236518)
E-mail: aajones@duanemorris.com
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

WILLIAM J. COOPER, JR.
(Admitted *Pro Hac Vice*)
E-mail: wcooper@ackersonlegal.com
**ACKERSON & YANN, PLLC**
One Riverfront Plaza, Suite 1200
401 West Main Street
Louisville, KY 40202
Telephone: 502.583.7400
Facsimile: 502.589.4168

DAVID L. SWIDER (Admitted *Pro Hac Vice*)
E-mail: dswider@boselaw.com
SANDRA PERRY (Admitted *Pro Hac Vice*)
E-mail: sperry@boselaw.com
**BOSE MCKINNEY & EVANS, LLP**
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN 46204
Telephone: 317.684.5000
Facsimile: 317.684.5173

Attorneys for Plaintiff and Counter-Defendant
Cornerstone Industries Corporation and
Counter-Defendant Dan Hess

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORNERSTONE INDUSTRIES CORP.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BYRON COOPER, IRONCLAD INDUSTRIES, INC. dba IRONCLAD INDUSTRIAL COATINGS, and DOES 1 through 20, Inclusive,**<br><br>**Defendants.** | Case No.: 1:06 CV-00608-OWW-SMS<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| **BYRON COOPER, IRONCLAD INDUSTRIES, INC. dba IRONCLAD INDUSTRIAL COATINGS, and DOES 1 through 20, Inclusive,**<br><br>**Counter-Claimants,**<br><br>v.<br><br>**CORNERSTONE INDUSTRIES CORP.,**<br><br>**Counter-Defendant.** | |

It is hereby stipulated by and between Plaintiff and Counter-Defendant Cornerstone Industries Corporation and Counter-Defendant Dan Hess on the one hand and Defendants and Counter-Claimants, Byron Cooper and Ironclad Industrial Coatings and Defendant Tamara Cooper (collectively "Parties") on the other hand as follows:

On or about June 20, 2007, the Parties (who constitute all of the parties to this action) entered into a settlement of this matter and agreed to dismiss with prejudice the operative First Amended Complaint ("Complaint") and the Counterclaim in this action once the settlement amount was paid;

The Parties further agreed that each party to this action shall bear his, her or its own costs and fees incurred in this action;

On or about June 20, 2007, the Parties filed the Notice of Settlement (Doc. #52) and;

The Defendants have made the settlement payment and therefore, the Parties request that the Complaint and Counterclaim be dismissed with prejudice and that this action be dismissed with prejudice in its entirety.

Respectfully submitted,

Duane Morris LLP

Dated: August 7, 2007          /s/ Andrew K. Gordon
                               Attorneys for Plaintiff and Counter-Defendant
                               Cornerstone Industries Corporation and Counter-
                               Defendant Dan Hess


Georgeson and Belardinelli

Dated: August 7, 2007          /s/Richard A. Belardinelli
                               Defendants and Counter-Claimants Byron Cooper,
                               Tamara Cooper and Ironclad Industries, Inc. dba
                               Ironclad Industrial Coatings

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

For good cause as contained in the Request for Dismissal with Prejudice, the Court orders that the First Amended Complaint and the Counterclaim be dismissed with prejudice and that this action is dismissed in its entirety.  Each party is to bear its, his or her own costs and fees incurred in this action.

It is so Ordered.

Dated: 8/10/2007                         /s/ Oliver W. Wanger
                                         Hon. Oliver W. Wagner
                                         United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com